BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHN E. GODFREY,<br><br>     Defendant. | 2:14-MJ-00059-KJN<br><br>ORDER TO CONTINUE COURT TRIAL<br><br><br>DATE: June 30, 2014<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the court trial currently scheduled for June 30, 2014, is continued to August 18, 2014.

IT IS SO ORDERED.

Dated:  June 4, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1