HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
ROBERT MAYVILLE
Certified Student Attorney
GIOVANNI PESCE
Certified Student Attorney
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JOHN GODFREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-CR-00323-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE HEARING AND AMEND |
| v. ) | BRIEFING SCHEDULE |
| ) | |
| JOHN GODFREY, ) | |
| ) | DATE: March 24, 2015 |
| Defendant. ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON LEONG , Special Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, attorney for defendant JOHN GODFREY that the Court vacate the hearing date of March 24, 2015, and set a new hearing date on April 14, 2015 at 9:15 a.m. Additionally, the parties have agreed that the briefing schedule be amended to adjust the reply brief due date, currently due on March 13, 2015, to March 20, 2015.

/ / /

/ / /

*U.S. v. Godfrey*
Stipulation and Order

-1-

The continuance is being requested to allow the defense additional time to review both the Appellee's answering brief as well as the submitted amicus brief.

Dated: March 10, 2015                                    Respectfully submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/ Linda Harter*
                                                     LINDA HARTER
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     JOHN GODFREY

Dated: March 10, 2015                                    BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     */s/Jason Leong*
                                                     JASON LEONG
                                                     Special Assistant United States Attorney
                                                     Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 24, 2015 hearing be continued to April 14, 2015, at 9:15 a.m. Additionally, the briefing schedule will be amended to adjust the reply brief due date, currently due on March 13, 2015, to March 20, 2015.

**IT IS SO ORDERED.**

DATED: March 10, 2015                                    /s/ John A. Mendez
                                                     JOHN A. MENDEZ
                                                     United States District Court Judge