1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  2:14-cr-0323-JAM-KJN

12
                     Plaintiff,
13                                                 ORDER

            v.
14
      JOHN E. GODFREY,
15

16                   Defendant.

17

18          On June 4, 2015, the district judge issued an order affirming defendant's convictions on

19    count 3 and count 4, reversing defendant's conviction on count 5, and remanding the case to the

20    undersigned for further proceedings, including reconsideration of the restitution order entered on

21    November 5, 2014.  (ECF No. 49.)

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.  Within fourteen (14) days of this order, the parties shall file a joint statement

24              addressing their respective positions on:

25              (a)  How the court's restitution order should be amended, if at all, including any

26                   agreement the parties may have reached in that regard;

27              (b)  Whether a further sentencing hearing is required, and if so, whether an evidentiary

28                   hearing is necessary;

1

1    (c) Any further proceedings the parties believe may be required; and

2    (d) A proposed schedule for any further proceedings and briefing, if any.

3    2.   Upon receipt of the joint status report, the court will schedule any further necessary

4    proceedings.

5    IT IS SO ORDERED.

6    Dated:  June 8, 2015

7

8    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28