UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. GODFREY,<br><br>Defendant. | No. 2:14-CR-323 JAM<br><br><br>ORDER |

Pursuant to the United States' request (ECF No. 35), a status conference in this matter is set for Wednesday May 31, 2017, at 9:00 a.m., in Courtroom No. 25 before Judge Newman, to address matters raised in Judge Mendez's June 4, 2015 order. No later than May 24, 2017, the parties shall file status reports addressing the following matters: (a) how the court's restitution order should be amended, if at all, including any agreement the parties may have reached in that regard; (b) whether a further sentencing hearing is required, and if so, whether an evidentiary hearing is necessary; (c) any further proceedings the parties believe may be required; and (d) a proposed schedule for any further proceedings and briefing, if any.

IT IS SO ORDERED.

Dated: April 21, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1